UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL WALLACE,

    Plaintiff,

v.                                    Case No.: 13-10427

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
                                          /

## JUDGMENT

In accord with the court's "Opinion and Order," dated August 30, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, Diversified Consultants, Inc., and against Plaintiff, Carl Wallace.

Dated at Detroit, Michigan, this 30th day of August, 2013.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT


                                  BY: S/Holly Monda for Lisa Wagner
                                        Holly Monda for Lisa Wagner,
                                        Deputy Clerk and Case Manager to
                                        Judge Robert H. Cleland